ALW:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ONE ANCIENT EGYPTIAN, YELLOW
BACKGROUND, WOODEN
SARCOPHAGUS, DATING TO THE
THIRD INTERMEDIATE PERIOD,

    Defendant.

_____/

09-23030

CIV - HUCK

MAGISTRATE JUDGE
O'SULLIVAN

FILED by PGS D.C.
OCT - 8 2009
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S. D. of FLA. - MIAMI

## CIVIL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 2003? ____Yes __X__No

2. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____Yes __X__ No

3. Did the case originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ____Yes __X__ No

                              Respectfully submitted,

                              JEFFREY H. SLOMAN
                              ACTING UNITED STATES ATTORNEY

             BY: _____
                              ALISON W. LEHR
                              ASSISTANT UNITED STATES ATTORNEY
                              FLA. BAR NO. 444537
                              99 N. E. 4th Street
                              Miami, Florida 33132-2111
                              TEL (305) 961-9176
                              FAX (305) 536-7599
                              alison.lehr@usdoj.gov