**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 09-23030-CIV-HUCK/O'SULLIVAN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ONE ANCIENT EGYPTIAN, YELLOW
BACKGROUND, WOODEN
SARCOPHAGUS, DATING TO THE THIRD
INTERMEDIATE PERIOD,

      Defendant.

_____/

**VERIFIED CLAIM**

Claimant, the Supreme Council of Antiquities of the Ministry of Culture for the Arab Republic of Egypt ("Egypt")[1], pursuant to Rule G(5)(a)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, files its claim to the ONE ANCIENT EGYPTIAN, YELLOW BACKGROUND, WOOD SARCOPHAGUS, DATING TO THE THIRD INTERMEDIATE PERIOD ("Sarcophagus"), in the above-styled action.

The Sarcophagus is the legal property of the Egyptian government. For over a century, Egyptian law has stated that all antiquities discovered in Egypt are the property of the Egyptian government. As the exporter of the Sarcophagus cannot provide any documentation demonstrating that the Sarcophagus left Egypt legally, Egypt maintains that the Sarcophagus is stolen property taken either from a storage facility in Egypt after its excavation or discovered

---

[1] The Supreme Council of Antiquities of the Ministry of Culture is the governmental agency in the Arab Republic of Egypt responsible for the regulation of all of the country's antiquities and archaeological excavations.

during the course of illegal excavations.   Accordingly, Egypt seeks repatriation of the Sarcophagus.

CASE NO. 09-23030-CIV-HUCK/O'SULLIVAN

I, Dr. Zahi Hawass, Secretary General of the Supreme Council of Antiquities, Ministry of Culture, Arab Republic of Egypt, the representative of the Claimant in the above-captioned cause, having read the foregoing VERIFIED CLAIM, hereby swear and affirm under penalty of perjury that the facts contained herein are true and correct.

_____
Dr. Zahi Hawass, Secretary General
Supreme Council of Antiquities
Ministry of Culture
Arab Republic of Egypt

UNITED STATES EMBASSY          )
                               )
CAIRO, EGYPT                   )

BEFORE ME, the undersigned authority, personally appeared Dr. Zahi Hawass, on this 10th day of November, 2009, who first being duly sworn, deposes and says that the foregoing VERIFIED CLAIM has been filed in good faith, and the facts contained therein are true and correct.

SWORN TO AND SUBSCRIBED BEFORE ME UNDER PENALTY OF PERJURY on this 10th day of November 2009.

_____
Notary Public   Roberto Powers
                Consul General

_____
Print, type or stamp commissioned name of
Notary Public
My commission number:
My commission expires:          N/A

[Check only one]
___ Personally Known or
___ Produced Identification
___ Type of Identification Produced _____
Dated:_____ 1 0 NOV 2009 _____

3

*MIA 180883946v1 October 24, 2009*

CASE NO. 09-23030-CIV-HUCK/O'SULLIVAN

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of November, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties listed on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> _s/ Holly Skolnick_
> HOLLY SKOLNICK
> Florida Bar No. 0390860
> ANGELA K. STEELE
> Florida Bar No. 37200
>
> **GREENBERG TRAURIG, P.A.**
> 1221 Brickell Avenue
> Miami, Florida 33131
> Telephone:  (305) 579-0500
> Facsimile:  (305) 579-0717
> Email: SkolnickH@gtlaw.com
> Email: SteeleA@gtlaw.com
>
> *Attorneys for Claimant,*
> *Supreme Council of Antiquities*
> *Ministry of Culture*
> *Arab Republic of Egypt*

4

CASE NO. 09-23030-CIV-HUCK/O'SULLIVAN

## SERVICE LIST

**Alison W. Lehr**
**Assistant United States Attorney**
Florida Bar No. 444537
99 N.E. 4th Street - 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9176
Fax: (305) 536-7599
Alison.Lehr@usdoj.gov

*VIA CM/ECF and First Class Mail*

MIA 180,883,946v1 11-11-09

5