UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23030-CIV-HUCK/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ONE ANCIENT EGYPTIAN, YELLOW BACKGROUND, WOODEN SARCOPHAGUS, DATING TO THE THIRD INTERMEDIATE PERIOD,

    Defendant.
_____/

**WITHDRAWAL OF VERIFIED CLAIM**

Claimant, the Supreme Council of Antiquities of the Ministry of Culture for the Arab Republic of Egypt, by and through undersigned counsel, hereby withdraws its Verified Claim filed on November 12, 2009 [D.E. 4] to the ONE ANCIENT EGYPTIAN, YELLOW BACKGROUND, WOOD SARCOPHAGUS, DATING TO THE THIRD INTERMEDIATE PERIOD, in the above-styled action.

CASE NO. 09-23030-CIV-HUCK/O'SULLIVAN

Dated: December 1, 2009

Respectfully submitted,

By: ___s/ Holly Skolnick_____
HOLLY SKOLNICK
Florida Bar No. 0390860
ANGELA K. STEELE
Florida Bar No. 37200

**GREENBERG TRAURIG, P.A.**
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: SkolnickH@gtlaw.com
Email: SteeleA@gtlaw.com

*Attorneys for Claimant,*
*Supreme Council of Antiquities*
*Ministry of Culture*
*Arab Republic of Egypt*

CASE NO. 09-23030-CIV-HUCK/O'SULLIVAN

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of December, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties listed on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                         s/ Holly Skolnick
                                                            HOLLY SKOLNICK

CASE NO. 09-23030-CIV-HUCK/O'SULLIVAN

## SERVICE LIST

**Alison W. Lehr**
**Assistant United States Attorney**
Florida Bar No. 444537
99 N.E. 4th Street - 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9176
Fax: (305) 536-7599
Alison.Lehr@usdoj.gov

*VIA CM/ECF*

*MIA 180,951,429v1 12-1-09*