AWL:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23030

UNITED STATES OF AMERICA,

Plaintiff,

v.

CIV - HUCK

ONE ANCIENT EGYPTIAN, YELLOW
BACKGROUND, WOODEN
SARCOPHAGUS, DATING TO THE
THIRD INTERMEDIATE PERIOD,

MAGISTRATE JUDGE
O'SULLIVAN

Defendant.
_____/

## WARRANT OF ARREST IN REM

TO: IMMIGRATION AND CUSTOMS ENFORCEMENT OR ANY OTHER AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER

**WHEREAS**, on or about October 7, 2009, the United States of America filed a Verified Complaint for Forfeiture in Rem against the above-captioned defendant property; and

**WHEREAS**, according to said Complaint, the defendant property is in the Government's possession, custody or control; and

**WHEREAS**, Supplemental Rule G(3)(B)(i) provides that "the clerk must issue a warrant to arrest the property if it is in the government's possession, custody or control."

**NOW THEREFORE**, you are hereby commanded to take the defendant property into your possession for safe custody. If the character or situation of the property is such that the taking of actual possession is impracticable, you shall execute this process by affixing a copy thereof to the property in a conspicuous place and by leaving a copy of the Complaint and process with the person having possession or his agent.

**YOU ARE FURTHER** commanded to cite and admonish the owner and/or possessor of the

defendant and any person or firm known to claim any interest therein, to file, **no later than 35 days from the date notice was sent,** a Verified Claim in accordance with Rule G(5), of the Supplemental Rules for Certain Admiralty and Maritime Claims; to therewith or within twenty (20) days thereafter file an Answer or other responsive pleading to the Complaint, a copy of which Complaint you shall supply with this Warrant; to file the Claim and Answer or other responsive pleading with the **Clerk of the Court**, United States District Court, Wilkie D. Ferguson, Jr., Federal Bldg., 400 North Miami Avenue, Miami, Florida 33132 and to send a copy of said Claim, Answer or responsive pleading, to **Assistant United States Attorney Alison W. Lehr**, 99 NE 4th Street, Miami, Florida 33132; that the Claim must identify the specific property claimed, identify the claimant and state the claimant's interest in the property and be signed by the claimant under penalty of perjury, and that upon the failure of the owner, possessor or any party claiming an interest in the defendant to comply with Supplemental Rule G, the defendant may be forfeited to the United States by default and without further notice or hearing.

**AND YOU ARE FURTHER** commanded to make due and prompt return of this Warrant to this Court upon its execution.

STEVEN M. LARIMORE, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DATED: OCT - 8 2009            BY: _____
                                    DEPUTY CLERK

cc: AUSA Alison W. Lehr (6 certified copies)