8082 CB



# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLANTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 09-23030-Cv-PCH |
| DEFENDANT | TYPE OF PROCESS |
| One (1) Egyptian Sarcophagus, etc. | Complaint/Warrant of Arrest |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
One (1) Egyptian Sarcophagus
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
c/o US Customs & Border Protection, Miami, FL

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
AUSA Alison W. Lehr
99 NE 4th Street, Suite 700
Miami, FL 33056

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 2 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)
20095206-900005-01
09-CBP-000133

Signature of Attorney or other Originator requesting service on behalf of: ✓ Plaintiff  ☐ Defendant
Alison W. Lehr

TELEPHONE NO.: (305) 961-9176
DATE: 10/8/09

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.
Carmen Balaguer  10/14/09

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated. 1
District of Origin No. 4
District to Serve No. 4
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. M.
DATE 10.15.09

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, (✓) HAVE EXECUTED AS SHOWN IN 'REMARKS', THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC. AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.
**Joseph Morales, Seized Property Specialist**

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
**U.S. CUSTOMS & BORDER PROTECTION
6601 N.W. 25th St. Rm. 203
Miami, FL 33122**

| DATE OF SERVICE | TIME OF SERVICE | |
|---|---|---|
| 10/16/2009 | 11:45 | ☒ AM ☐ PM |

SIGNATURE, TITLE AND TREASURY AGENCY

REMARKS: **Served Warrant of Arrest In Rem & Verified Complaint for Forfeiture In Rem for the above seizure. The ancient artifacts are stored at "The Fortress".**

TD F 90-22.48 (6/96)