UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23030-CIV-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ONE ANCIENT EGYPTIAN,
YELLOW BACKGROUND, WOODEN
SARCOPHAGUS, DATING TO THE
THIRD INTERMEDIATE PERIOD,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## DEFAULT JUDGMENT OF FORFEITURE

THIS MATTER came before the Court on motion of the United States for entry of a default judgment of forfeiture. The Court having reviewed the record and the pleadings in this matter, and having found that the appropriate procedures have been complied with for purposes of publication and notification, and the Court being fully advised in the premises, it is hereby,

**ORDERED and ADJUDGED:**

1. The United States' motion for default judgment of forfeiture is granted.

2. The allegations of the complaint are taken as admitted.

3. Default judgment is entered against the defendant captioned above, specifically One Ancient Egyptian, Yellow Background, Wooden Sarcophagus, Dating To The Third Intermediate Period, and against any and all persons, for failure to timely plead, answer or otherwise defend against said cause as required by law. Accordingly, all right, title, claim and interest in the defendant, is hereby vested in the United States of America.

4. Final judgment of forfeiture pursuant to 19 U.S.C. § 1595a(c) is hereby entered in favor of the United States against the defendant.

5. The United States is directed to dispose of the defendant in accordance with the law.

6. This case is closed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of December, 2009.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

2